```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                       :

Cases of Judge Stephen C. Robinson      :    NOTICE

                                                       :
------------------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

       All appearances scheduled in cases on the docket of Judge Stephen C. Robinson are adjourned pending reassignment. Parties of record will be notified of the case reassignment via ECF email notification (or by written correspondence from the Clerk of Court). In all cases, counsel are reminded that a magistrate judge has been designated and are urged to consider consenting to trial before a White Plains magistrate judge under 28 U.S.C. § 636. Inquiries may be directed to Robert Rogers, Deputy-in-Charge at 914-390-4001.

Dated: August 26, 2010

                                                                  _____
                                                                  LORETTA A. PRESKA
                                                                  Chief United States District Judge